**SPRING STREET REALTY CO., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 7829.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 23, 1941.

Decided Oct. 30, 1941.

Sydney A. Gutkin, of Newark, N. J., for petitioner.

John J. Pringle, Jr., of Washington, D. C., for respondent.

Before BIGGS, MARIS, and GOODRICH, Circuit Judges.

PER CURIAM.

The decision of the Board of Tax Appeals is affirmed.